# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL HOOKER, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 2:11-cv-02252-JTF-tmp<br>) |
| MAL HOOKER, et al., | )<br>) |
| Defendants. | )<br>) |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
ORDER GRANTING PLAINTIFF'S MOTIONS FOR DEFAULT JUDGMENT
AND
ORDER REFERRING THE ISSUE OF DAMAGES TO MAGISTRATE JUDGE FOR
REPORT AND RECOMMENDATION**

Before the Court are Plaintiff Michael Hooker's Motions for Default Judgment against Defendant Harrison's Funeral Home, filed on June 12, 2013 (D.E. #44) and September 26, 2013 (D.E. #52). On September 20, 2013, this Court entered an Order Referring all Motions to the Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. §§631-39. (D.E. #50). On January 13, 2014, the Magistrate entered his Report and Recommendation, recommending that Plaintiff's Motion be granted. (D.E. #61). No objections were filed.

After reviewing the Magistrate Judge's Report and Recommendation and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motions are hereby GRANTED.

IT IS FURTHER ORDERED that the issue of damages, in accordance with this Order Granting Plaintiff's Motions for Default Judgment, is hereby REFERRED to the Magistrate Judge for determination.

1

IT IS SO ORDERED this 5th day of March, 2014.

                                              BY THIS COURT:

                                              ***s/John T. Fowlkes, Jr.***
                                              JOHN T. FOWLKES, JR.
                                              United States District Judge