# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

|  |  |
|---|---|
| MICHAEL HOOKER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:11-cv-02252-JTF-tmp |
| MAL HOOKER, et al., | ) |
| Defendants. | ) |

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**
**AND**
**ORDER DENYING DEFENDANT FUNERAL DIRECTOR LIFE INSURANCE CO.'S RENEWED MOTION TO DISMISS**

Before the Court is Defendant Funeral Director Life Insurance Co.'s ("FDLIC") Renewed Motion to Dismiss, filed on April 19, 2013. (D.E. #36). On September 20, 2013, this Court entered an Order Referring all Motions to the Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. §§631-39. (D.E. #50). On January 10, 2014, the Magistrate entered his Report and Recommendation, recommending that Defendant's Motion be denied. (D.E. #58). No objections were filed.

After reviewing the Magistrate Judge's Report and Recommendation and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that Defendant's Renewed Motion is DENIED.

IT IS SO ORDERED this 5th day of March, 2014.

BY THIS COURT:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge