# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL HOOKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-02252-JTF-tmp |
| ) | |
| MAL HOOKER, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
## AND
## ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

Before the Court is Plaintiff Michael Hooker's Renewed Motion to Proceed *in Forma Pauperis*, filed on September 26, 2013.  (D.E. #53).  On September 20, 2013, this Court entered an Order Referring all Motions to the Magistrate Judge for Report and Recommendation, pursuant to 28 U.S.C. §§631-39.  (D.E. #50).  On January 10, 2014, the Magistrate entered his Report and Recommendation, recommending that Plaintiff's Motion be denied without prejudice. (D.E. #57).  No objections were filed.

After reviewing the Magistrate Judge's Report and Recommendation and the entire record, the Court hereby ADOPTS the Magistrate's Report and Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motion is DENIED without prejudice.

IT IS SO ORDERED this 5th day of March, 2014.

> BY THIS COURT:
>
> */s/John T. Fowlkes, Jr.*
> JOHN T. FOWLKES, JR.
> United States District Judge